

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 5, 2016**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DANIEL EVERETT DAVIS and | § | CASE NO. 15-42161-13 |
| ANGELA C. DAVIS | § | |
| Debtor(s) | § | CHAPTER 13 |

_____

### ORDER SUSTAINING OBJECTION TO THE PROOF OF CLAIM FILED BY GREEN TREE SERVICING, LLC

On this day came to be considered the Objection to Proof of Claim (the "Objection") filed by DANIEL EVERETT DAVIS and ANGELA C. DAVIS ("Debtors"), against GREEN TREE SERVICING, LLC., (the "Claimant"). Notice was duly and properly served. Claimant did not respond to the Objection.

**IT IS THEREFORE ORDERED t**hat the Debtors' Objection to the proof of claim [Claim Register #6] filed by Claimant is sustained and $6,061.98 of Claimant's $24,879.26 pre-petition arrearage is disallowed.

**IT IS FURTHER ORDERED** that Claimant in this proceeding shall have an allowed secured claim for pre-petition arrearage in the amount of $18,817.26 which shall be paid through Debtors' Chapter 13 plan via distributions by Chapter 13 Trustee.

**\* \* END OF ORDER \* \***

Behrooz P. Vida,    SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL:  (817) 358-9977
FAX: (817) 358-9988
Attorney for Debtor(s)