**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.: 15-42161-RFN |
| § | | |
| DANIEL EVERETT DAVIS, xxx-xx-9199 § | | CHAPTER 13 |
| ANGELA C DAVIS, xxx-xx-2688 § | | |
| § | | Pre-Hearing Conference: |
| 7709 Western Oaks Drive § | | Friday, July 1, 2016 @ 10:00 AM |
| North Richland Hills, TX 76182 § | | |
| DEBTORS § | | |
| § | | |

**TRUSTEE'S MODIFICATION OF CHAPTER 13**
**PLAN AFTER CONFIRMATION**
**(2015 EXCESS IRS REFUND)**
**DATE: June 03, 2016**

**TO THE HONORABLE RUSSELL F NELMS, U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtors' original or last modified Chapter 13 Plan:

1. The I.R.S. issued a tax refund to Debtors in the amount of $4,432.00 for tax year 2015. The Trustee proposes to increase the plan base by the amount of $2,432.00 to be paid to the Trustee by Debtors within ninety (90) days hereof for distribution by the Trustee pro rata to allowed unsecured claims. The amount to be paid to general unsecured creditors will be increased by such amount, less Trustee's fees.

2. All other provisions as set forth in the last confirmed plan remain the same.

3. Notice hereof should be limited to Debtors, Debtors' attorney, and the United States Trustee because no other party is adversely affected by the proposed modification, as permitted by Bankrutpcy Rule 3015 (g).

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing " Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before June 6, 2016:

/s/ Tim Truman

Tim Truman, Angela Allen

**FIRST CLASS MAIL:**

DANIEL EVERETT DAVIS, ANGELA C DAVIS, 7709 Western Oaks Drive, North Richland Hills, TX 76182

**ELECTRONIC SERVICE:**

VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX 76021
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
TEXAS GUARANTEED STUDENT LOAN, PO BOX 83100, ROUND ROCK, TX 78683-3100
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242