Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988

Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DANIEL EVERETT DAVIS xxx-xx- 9199 | § | CASE NO. 15-42161-rfn |
| ANGELA C. DAVIS xxx-xx-2688 | § | |
| 7709 Western Oaks Drive | § | |
| North Richland Hills, TX 76182 | § | |
| Debtor(s) | § | |

## DEBTORS' MODIFICATION OF CHAPTER 13
## PLAN AFTER CONFIRMATION

TO THE HONORABLE BANKRUPTCY JUDGE

Pursuant to 11 USC 1329 the Debtors request the following modification(s) to the Debtors' Confirmed Chapter 13 Plan:

### HISTORY OF CASE

| | |
|---|---|
| Petition Date: | 6/1/2015 |
| Confirmation Date: | 9/2/2015 |
| Confirmed Plan Base: | $36,420.00 |
| Confirmed Plan Payment: | $607.00 x 60 |
| Total Paid In: | $6,865.70 |
| Outstanding Base Balance: | $36,147.3 |
| Confirmed Plan Term: | 60 |
| Months Remaining: | 48 |

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

**THE CLAIM TREATMENT OUTLINED IN THIS MODIFICATION WILL BE CONTROLLING AND WILL SUPERCEDE THE CLAIM TREATMENT**

**INDICATED ON THE PREVIOUSLY CONFIRMED OR MODIFIED PLAN.**

MODIFICATION(S) OF DEBTORS' PAYMENTS TO TRUSTEE

Debtor's monthly payment amount remains $607.00 per month for the next six (6) months, then changes to $774.00 per month for the final forty-two (42) months.

The above changes(s) will result in a new "BASE AMOUNT" (total payments due to the Trustee under the Plan, if all payments are timely made) of $43,013.00.

Plan payments to the Trustee as listed above will resume on or before July 1, 2016 and every thirty (30) days thereafter.

MODIFICATION OF PAYMENTS TO CREDITOR(S)

1. Change treatment of secured creditor, **JP Morgan Chase Bank**, to secured for $17,204.37 per the Proof of Claim filed on 9/10/2015 [Claims Register #8].

2. Change treatment of secured creditor, **Green Tree Servicing, LLC**, to secured to provide for $18,817.26 to be paid as pre-petition arrearage claim, pursuant to the proof of claim filed on July 29, 2015 [Claims Register #6], and the order allowing the objection to the claim entered on April 6, 2016 [ECF No. # 36].

3. To cure plan arrears to the Trustee, if any.

4. Remove excess base language from plan.

5. All other provisions as set forth in the last confirmed plan remain the same.

DEBTORS' ATTORNEY FEES

Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $400.00, of which $0.00 has been paid direct to Debtors' attorney and $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

Respectfully submitted:

By: /s/ Behrooz P. Vida   6/9/16
Behrooz P. Vida
State Bar No. 20578040

Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL: (817) 358-9977
FAX: (817) 358-9988

## CERTIFICATE OF SERVICE

I hereby certify that on the date on which above and forgoing instrument was filed electronically, a true and correct copy of the instrument was served either electronically or via first class mail on the parties indicated below.

| | |
|---|---|
| Tim Truman<br>Chapter 13 Trustee | Via ECF |
| Mr. & Mrs. Daniel Everett Davis<br>7709 Western Oaks Drive<br>North Richland Hills, TX 76182 | Via US Mail |
| JPMorgan Chase Bank, National Association<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555 700 Kansas Lane<br>Monroe, Louisiana 71203 | Via US Mail |
| Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154 | Via US Mail |

/s/ Behrooz P. Vida    6/9/16
Behrooz P. Vida
Carla R. Vida