Fill in this information to identify the case:

Debtor 1: Daniel Everett Davis

Debtor 2: Angela C. Davis
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number: 15-42161

# Form 4100R
## Response to Notice of Final Cure Payment                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., et al

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 2 2

**Court claim no.** (if known): 6

**Property address:** 7709 Western Oaks Drive
Number    Street

N Richland Hills    TX    76182
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    **Outstanding escrow    + (b) $ 398.68

c. **Total**. Add lines a and b.    (c) $ 398.68

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ____
MM / DD / YYYY

Debtor 1  __Daniel Everett Davis__
         First Name  Middle Name  Last Name

Case number (*if known*) __15-42161__

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◾ all payments received;
- ◾ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◾ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Raymond Valderrama**
Signature

Date  03 / 16 / 2020

Print  __Raymond__   __Valderrama__
       First Name  Middle Name  Last Name

Title  __AVP Bankruptcy__

Company  __BSI Financial Services__

If different from the notice address listed on the proof of claim to which this response applies:

Address  __7505 Irvine Center Drive__
         Number  Street

__Irvine__   __CA__   __92618__
City  State  ZIP Code

Contact phone  (__949__) __201__ – __4287__

Email  _____

---

Form 4100R                Response to Notice of Final Cure Payment                page **2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response was served on the 16th day of March, 2020. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

        By: /s/ Richard Anderson
        RICHARD E. ANDERSON
        State Bar No. 01209010
        4920 Westport Drive
        The Colony, Texas 75056
        Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Angela C. Davis
7709 Western Oaks Drive  (Property)
North Richland Hills, TX 76182

DEBTOR
Daniel Everett Davis
7709 Western Oaks Drive  (Property)
North Richland Hills, TX 76182

DEBTORS' ATTORNEY
Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive,
Bedford, TX 76021

TRUSTEE
Tim Truman
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

## CREDITOR ATTORNEY

| | | |
|---|---|---|
| Carlos R. Hernandez-Vivoni<br>1255 West 15th Street, Suite 1060<br>Plano, TX 75075<br>214-291-3800<br>chernandez@wblawpr.com<br>*Assigned: 01/27/2017* | representing | Ditech Financial LLC<br>P. O. Box 9013<br>Addison, TX 75001<br>*(Creditor)* |
| *Assigned: 03/07/2017* | representing | JPMorgan Chase Bank, National Association<br>P.O. BOX 9013<br>ADDISON, TX 75001<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>*Assigned: 06/18/2015* | representing | Tarrant County<br>Linebarger Goggan Blair & Sampson<br>co Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)* |
| John Rafferty<br>Bonial & Associates, P.C.<br>P.O. Box 9013<br>Addison, TX 75001<br>(214) 550-3967<br>(214) 550-3967 (fax)<br>John.Rafferty@bonialpc.com<br>*Assigned: 01/24/2017* | representing | Ditech Financial LLC<br>PO BOX 6154<br>RAPID CITY, SD 57709-6154<br>*(Creditor)* |
| *Assigned: 09/17/2018* | representing | JP Morgan Chase Bank N.A.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254<br>*(Creditor)* |
| Earl Ferdinand Sundmaker, III<br>The Sundmaker Firm, LLC<br>1027 Ninth Street<br>New Orleans, LA 70115<br>(504) 568-0518<br>(504) 568-0519 (fax)<br>trey@sundmakerfirm.com<br>*Assigned: 08/31/2016* | representing | GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT-CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.<br>1027 NINTH STREET<br>NEW ORLEANS, LA 70115<br>504-568-0515 |

| | | |
|---|---|---|
| | | 504-568-0519 (fax)<br>trey@sundmakerfirm.com<br>*(Creditor)* |
| LynAlise Katherine Tannery<br>Quilling Selander Lownds<br>Winslett &Moser<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>(214) 560-5457<br>(214) 871-2111 (fax)<br>ltannery@qslwm.com<br>*Assigned: 06/19/2015* | representing | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| *Assigned: 11/21/2016* | representing | JPMorgan Chase Bank, National Association<br>14841 Dallas Parkway, Suite 300<br>DALLAS, TX 75254<br>*(Creditor)* |
| *Assigned: 11/15/2017* | representing | DITECH FINANCIAL LLC<br>*(Creditor)* |
| *Assigned: 12/19/2017* | representing | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| Zachary Nash Wright<br>Bonial & Associates, P.C.<br>14841 Dallas Parkway, Ste. 300<br>Dallas, TX 75254<br>(214) 860-6921<br>(214) 860-6921 (fax)<br>Zachary.wright@bonialpc.com<br>*Assigned: 11/29/2017* | representing | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>*(Creditor)* |
| *Assigned: 12/06/2017* | representing | Ditech Financial LLC<br>14841 Dallas Parkway, Suite 300<br>DALLAS, TX 75254<br>*(Creditor)* |
| Kristin Ann Zilberstein<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin ave.<br>Santa Ana, CA 92705<br>949-427-2010 | representing | U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust<br>Law Offices of Michelle Ghidotti<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705<br>*(Creditor)* |

949-427-2732 (fax)
kzilberstein@ghidottilaw.com
*Assigned: 12/19/2018*

<u>/s/ Richard E. Anderson</u>
RICHARD E. ANDERSON